RECEIVED
JUN - 6 2018
PETER A. MOORE, JR, CLERK
US DISTRICT COURT, EDNC

FILED
JUN 13 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Eastern DIVISION

Sharon Suzette Bynum
_____)
_____)
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

_____)
Home Health & Hospice
Care _____)
Operating as 3HC _____)
(Enter above the full name of
ALL Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of all the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 4:18-CV-89-FL
(To be assigned
by the Clerk of
District Court)

## COMPLAINT

1. Plaintiff resides at 1105 Park West Dr # B Greenville, NC 27834

2. Defendant(s) name(s): 2402 Wayne Memorial Dr. Goldsboro, NC 27534

Location of principal office(s) of the named defendant(s):
Goldsboro, NC

Nature of defendant(s) business: provide health and hospice services to residents

Approximate number of individuals employed by defendant:
400

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) \_\_✓\_\_ Termination of my employment.

    (C) \_\_✓\_\_ Failure to promote me.

    (D) _____ Other acts as specified below:

employment discrimination

5. Plaintiff is:

   (A) _____ presently employed by the defendant.

   (B) \_\_✓\_\_ not presently employed by the defendant.

   The dates of employment were _____.

   Employment was terminated because:

   (1) \_\_✓\_\_ plaintiff was discharged.

   (2) _____ plaintiff was laid off.

   (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) \_\_✓\_\_ my race.

   (B) _____ my religion.

   (C) _____ my sex.

   (D) _____ my national origin.

   (E) _____ other as specified below:

   _____

   _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

   Mena Mozingo - White
   Becky Miller - White
   Kim Darraugh - White

8. The alleged discrimination occurred on or about 10/2017

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

Discriminatory Practice against myself becauseie; my race/retailiation feedback.

10. The alleged illegal activity took place at: 3HC Greenvile, NC

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about 10/2017. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 4/13/2018.

12. I seek the following relief:

   (A) __✓__ recovery of back pay;

   (B) _____ reinstatement to my former job;

   (C) __✓__ trial by jury on all issues so triable;

   and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

   5/10/18
   Date

   Shan S. B____
   Signature of Plaintiff

   1105 Park West Dr #B
   Greenville, NC 27834 (252) 305-9754
   Address and Phone Number of Plaintiff